IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              CRIMINAL NO. 6:14-MJ-6005

ADRIAN HOWELL                                                                                DEFENDANT

## O R D E R

**BEFORE** the Court is the Motion for Relief from Sentence filed herein by the Defendant. ECF No. 14.  The Government has not responded to this Motion, but counsel for the Government orally indicated to defense counsel and the Court it had no objection to some limited relief being granted in this case.  I find as follows:

Defendant was sentenced by this court to a term of 12 months imprisonment on a charge of Possession of Drug Paraphernalia on May 21, 2014.  ECF No. 12.  Thereafter Defendant was sentenced to term of 72 months imprisonment in the Arkansas Department of Corrections.  ECF No. 14-2.  He was eligible for parole from the ADC in November 2015, but instead was released to the United States Marshal to begin service of the 12 month sentence in this case.  Defendant has been in custody continuously since December 16, 2013.  Based on the foregoing and on the lack of objection from the Government I find the interest of justice would be served by reducing the 12 month sentence originally imposed in this case to a term of 4 months imprisonment.

**IT IS ORDERED**, Defendant Adrian Howell's Motion for Relief from Sentence (ECF No. 14) is GRANTED.  An Amended Judgment will be entered in this case reflecting a prison sentence of 4 months.  All other conditions and findings in the Original Judgment will remain the same.

**Dated** this **20th day of January 2016.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE